IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JUSTIN ADAM WHITTINGTON                                    PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:24-cv-68-CWR-LGI

ST. DOMINIC-JACKSON MEMORIAL HOSPITAL
AND JOHN DOES 1-5                                            DEFENDANTS

## **MOTION TO WITHDRAW**

The undersigned counsel, William M. Vines, of the law firm of Simmons Dallas, PLLC, files this Motion to Withdraw as counsel of record for Plaintiff, Justin Adam Whittington, and in support thereof, states as follows:

1. William M. Vines and the law firm of Simmons Dallas, PLLC, have represented the Plaintiff in this cause of action.

2. As of June 16, 2025, Vines will no longer be with the law firm of Simmons Dallas, PLLC.

3. Heber S. Simmons, III, A. Bryan Smith, III and the law firm of Simmons Dallas, PLLC will continue to represent the Plaintiff, Justin Adam Whittington.

4. Therefore, Vines respectfully requests this Honorable Court to allow him to withdraw as counsel for Plaintiff, Justin Adam Whittington.

5. Vines has consulted with the Plaintiff and opposing counsel and there is no objection to the relief requested herein.

Respectfully submitted on this the 16th day of June 2025.

                                                JUSTIN ADAM WHITTINGTON, *Plaintiff*

                          BY:    */s/ William M. Vines*
                                     WILLIAM M. VINES

OF COUNSEL:
WILLIAM M. VINES, MSB # 9902
HEBER S. SIMMONS, III,    #8523
A. BRYAN SMITH, III, #100008
SIMMONS DALLAS, PLLC
240 Trace Colony Park Drive, Suite 200
Ridgeland, Mississippi 39157
601.933.2040 - Telephone
601.933.2050 - Facsimile

## **CERTIFICATE OF SERVICE**

I, William M. Vines, do hereby certify that I have this day filed and served via ECF a true and correct copy of the above and foregoing document to all counsel of record.

This the 16th day of June 2025.

>  */s/ William M. Vines*
>  WILLIAM M. VINES